# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2315
Lower Tribunal No. 2018CA-000776-0000-00

_____

SAM AMBAR,

Appellant,

v.

LAKEVIEW LOAN SERVICING, LLC,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
James A. Yancey, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL, J., and LAMBERT, B.D., Associate Judge, concur.


Sam Ambar, Lakeland, pro se.

Alec P. Hayes, of Troutman Pepper Hamilton Sanders, LLP, Atlanta, Georgia, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED